NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――――

**WILLIAM WARRIOR AND LEATRICE TANNER BROWN,**
*Plaintiffs-Appellants,*

AND

**HARVEST INSTITUTE FREEDMAN FEDERATION AND BLACK INDIANS LEGAL DEFENSE AND EDUCATIONAL FUND,**
*Plaintiffs,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

―――――――――――

2012-5118

―――――――――――

Appeal from the United States Court of Federal Claims in No. 06-CV-907, Senior Judge Robert H. Hodges, Jr.

―――――――――――

**JUDGMENT**

―――――――――――

WILLIAM C. WILKINSON, of Columbus, Ohio, argued for plaintiffs-appellants.

ELIZABETH ANN PETERSON, Attorney, Environment & Natural Resources Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With her on the brief was ROBERT G. DREHER, Acting Assistant Attorney General.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, SCHALL, and REYNA, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| December 11, 2013 | /s/ Daniel E. O'Toole |
|---|---|
| Date | Daniel E. O'Toole |
| | Clerk of Court |